MJL:BTR
F.#2004R02399
OCDETF-NYE476

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

AUG 07 2008

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    -against-
                                                     05 CR 886(LDW)

JOHN NEBEL, et al,

        Defendants.

- - - - - - - - - - - - - - - -X

        BASED UPON the application of the United States, by Assistant U. S. Attorney Burton T. Ryan, Jr., on behalf of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, it is hereby

        ORDERED that the following pen register applications and orders, relative to the above captioned case be unsealed, as follows: 05-0987M and 05-0988M, 06-0120M, 06-MC-63 and 06-MC-153.

Dated: Central Islip, New York
       August  7 , 2008

                            SO ORDERED

                            _____
                            HONORABLE WILLIAM WALL
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK